THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY WHEELER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELEANOR BROGGI, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C19-1410-JCC<br><br>ORDER |

　　This matter comes before the Court on the parties' stipulated partial dismissal (Dkt. No. 47). The stipulation is GRANTED. It is hereby ORDERED that all claims alleged against J. Doe Defendants 1–4 shall be DISMISSED with prejudice. This dismissal shall have no effect on Plaintiff's claims as alleged against Eleanor Broggi, Matthew Olmstead, or King County.

　　DATED this 3rd day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE