The Honorable John C. Coughenour
United States District Court Judge
The Honorable Mary Alice Theiler
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY WHEELER,<br><br>                Plaintiff,<br><br>vs.<br><br>ELEANOR BROGGI, et al,<br><br>                Defendants. | No. 2:19-cv-01410-JCC-MAT<br><br>DECLARATION OF ELEANOR BROGGI |

I, ELEANOR BROGGI, declare under penalty of perjury under the laws of the State of Washington as follows:

1. I am a detective with the King County Sheriff's Office and a defendant in this case. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I was assigned lead detective in King County Sheriff's Office case number C16044676.

3. The facts presented in the Certification for Determination of Probable Cause in King County Sheriff's Office in case number C16044676, which I signed under penalty of

DECLARATION OF ELEANOR BROGGI - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

perjury on October 5, 2016, reflect my knowledge of the facts on that date regarding the shooting death of Justin Love and the shooting John Killarzoac.

4. The facts presented in the police reports that I complied as lead detective in King County Sheriff's Office case number C16044676 as of October 5, 2016, reflect my knowledge of the facts on that date regarding the shooting death of Justin Love and the shooting John Killarzoac.

5. The only witness to the shooting that testified at the trial before Judge Erlick in State v. Rodney Wheeler, King County Cause No. 16-1-05587-3 KNT that was unknown to me prior to October 5, 2016, was Jeanette Ault.

DATED this 11th day of December, 2020.



ELEANOR BROGGI

DECLARATION OF ELEANOR BROGGI - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819