THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY WHEELER,

         Plaintiff,

   v.

ELEANOR BROGGI, *et al.*,

         Defendants.

CASE NO. C19-1410-JCC

MINUTE ORDER

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       This matter comes before the Court on the parties' joint status report (Dkt. No. 57). The parties seek a September 27, 2021 trial date. (*Id.* at 1.) The Court is unable to accommodate this request to a backlog resulting from the COVID-19 pandemic. The earliest trial date available for this matter is October 25, 2021. Accordingly, a jury trial is set on October 25, 2021 at 9:30 a.m. in Courtroom 16206. This case is one of several set for the week described in this order. Counsel must be prepared to commence trial as scheduled but also be aware that the trial may have to be continued. Counsel must attend Courtroom Technology Training at least one month in advance of the trial to become familiar with the A/V equipment available in the courtroom. Counsel are directed to contact the Courtroom Deputy Clerk at gabriel.traber@wawd.uscourts. gov to schedule the training and to inquire about the Court's calendar.

MINUTE ORDER, C19-1410-JCC
PAGE - 1

Based on the October 25, 2021 trial date, the Court hereby enters the following case scheduling dates:

| | |
|---|---|
| Motions in limine[1] due by | September 22, 2021 |
| Proposed pretrial order due by | October 11, 2021 |
| Trial briefs due by | October 18, 2021 |
| Proposed voir dire due by | October 18, 2021 |
| Proposed jury instructions[2] due by | October 18, 2021 |
| Deposition designations and trial exhibits due by | October 18, 2021 |

Unless otherwise notified by the Court, the parties should expect that a pretrial conference, if necessary, will occur at the outset of the proceeding.

DATED this 25th day of March 2021.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

---

[1] Must be noted in accordance with Local Civil Rule 7(d)(4).

[2] Jury instructions must be numbered sequentially. Counsel should submit two copies of proposed jury instructions, one with citations and one without, and should send electronic copies of the instructions to Judge Coughenour's chambers orders inbox at coughenourorders@wawd.uscourts.gov. Counsel are advised that the Court relies primarily upon the Ninth Circuit Manual for Model Jury Instructions to prepare final instructions for submission to the jury. The parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction.