The Honorable John C. Coughenour
United States District Court Judge
The Honorable Mary Alice Theiler
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY WHEELER,       )
       )
       Plaintiff,    )   No. 2:19-cv-01410-JCC-MAT
       )
     vs.        )   DEFENDANTS' MOTION TO
       )   RECONSIDER TRIAL DATE
ELEANOR BROGGI, et al,     )
       )   *Noted for March 25, 2021*
       Defendants.   )
_____)

## I.    <u>IDENTITY OF PARTY AND RELIEF REQUESTED</u>

Defendants King County and Dets. Eleanor Broggi and Matthew Olmstead request that this Court reconsider the Minute Order setting a new trial date in this matter for October 25, 2021. One of the defendants, Det. Eleanor Broggi, will be out of the country from November 1, 2021 to November 21, 2021, and would be unable to be present during the trial with the current date. The defendants request the trial date be moved four weeks to November 22, 2021.

## II.    <u>FACTS RELEVANT TO MOTION TO RECONSIDER</u>

This trial was scheduled for May 24, 2021. Declaration of Carla Carlstrom, ¶ 2. Due to Covid 19 and the closure of the courts, this Court notified the parties on March 19, 2021 that the Court will not be holding in-person jury trials until at least July and asked the parties to submit a

DEFENDANTS' MOTION TO RECONSIDER TRIAL
DATE - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

proposed new trial date.  Decl. of Carlstrom, ¶ 3.  After conferring, the parties submitted a proposed trial date of September 27, 2021.  Decl. of Carlstrom, ¶ 5.  On March 25, 2021, this Court issued a Minute Order setting the trial date for October 25, 2021 and alerting the parties that October 25, 2021 was the earliest date available due to the backlog of cases due to Covid 19.  Decl. of Carlstrom, ¶ 6.

Det. Broggi, a defendant to this lawsuit, will be out of the country from November 1, 2021 to November 21, 2021.  Decl. of Carlstrom, ¶ 7.  Counsel have been aware of Det. Broggi's vacation since mid-March.  Decl. of Carlstrom, ¶ 7.  Det. Broggi recently retired from the Sheriff's Office.  Decl. of Carlstrom, ¶ 7.  Her trip has already been paid for.  Decl. of Carlstrom, ¶ 7.  Det. Broggi wishes to be present in the courtroom during the trial as she is a named defendant.  Decl. of Carlstrom, ¶ 7.  Det. Broggi is also a material witness in the case.  Decl. of Carlstrom, ¶ 7.

In choosing September 27, 2021 as the proposed trial date the parties were attempting to account for Det. Broggi's planned trip.  Counsel for Defendants have conferred with Plaintiff's counsel, but they are unwilling to join Defendants' request for a new trial date.  Decl. of Carlstrom, ¶ 8.  Defendants seek a trial date of November 22, 2021 to accommodate Det. Broggi's trip.  Decl. of Carlstrom, ¶ 9.

### III.   <u>LEGAL ARGUMENTS</u>

The decision to grant or deny a requested continuance is within the discretion of the trial court and will not be disturbed on appeal absent a clear abuse of discretion.  *U.S. v. Hayes*, 573 F.2d 1111, 1114 (9th Cir. 1978).  *United States v. Flynt*, 756 F.2d 1352, 1358 (9th Cir. 1985) sets forth four factors relevant in reviewing a denial of a continuance for abuse of discretion: (1) the requester's diligence in preparing for trial; (2) the likely utility of the continuance, if granted; (3)

DEFENDANTS' MOTION TO RECONSIDER TRIAL
DATE - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

the inconvenience to the court and the other side; and (4) prejudice from the denial.  *U.S. v. Pope*, 841 F.2d 954, 956 (9th Cir. 1988).

In the present case, all factors weigh in favor of this Court granting Defendants' request for a continuance.  The necessity of changing the trial date arose due to Covid-19, not the actions of either party.  The need is unrelated to trial readiness but is due to safety protocols necessitated by the pandemic.  Defendants are promptly advising this Court of the conflict.  A four-week continuance will not cause inconvenience or prejudice to the plaintiff.

Det. Broggi has a right to be present during the trial as she has been sued by Plaintiff.  Her testimony is also central to the case.  Her absence will negatively affect the defense of this lawsuit.

## IV.    CONCLUSION

Defendants respectfully ask this Court to reconsider the trial set of October 25, 2021, and instead set the trial for November 22, 2021, when Det. Broggi is back in the country.

RESPECTFULLY SUBMITTED this 25th day of March, 2021.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

*s/ Carla B. Carlstrom*
ANN M. SUMMERS, WSBA #21509
CARLA B. CARLSTROM, WSBA #27521
Senior Deputy Prosecuting Attorneys
500 Fourth Avenue, Suite 900
Seattle, Washington 98104
Telephone: 206-296-8820
Attorneys for King County Defendants
ann.summers@kingcounty.gov
allyson.zerba@kingcounty.gov
Carla.Carlstrom@kingcounty.gov

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1

**<u>CERTIFICATE OF FILING AND SERVICE</u>**

2

I hereby certify that on March 25, 2021, I electronically filed the foregoing document

3

with the Clerk of the Court using CM/ECF E-filing System which will send notification of such

4

filing to the following CM/ECF participants:

5

Tiffany M. Cartwright
Timothy K. Ford

6

Rebecca Talbott
MacDonald Hoague & Bayless

7

705 Second Avenue, Suite 1500
Seattle, WA 98104

8

tiffanyc@MHB.com
TimF@MHB.com

9

RebeccaT@mhb.com
*Attorneys for Plaintiff*

10

I declare under penalty of perjury under the laws of the State of Washington that the

11

foregoing is true and correct.

12

SIGNED this 25th day of March, 2021.

13

14

JENNIFER REVAK
Legal Secretary

15

King County Prosecuting Attorney's Office

16

17

18

19

20

21

22

23

DEFENDANTS' MOTION TO RECONSIDER TRIAL
DATE - 4

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819