THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY WHEELER,<br><br>            Plaintiff,<br><br>        v.<br><br>ELEANOR BROGGI, *et al.*,<br><br>            Defendants. | CASE NO. C19-1410-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Defendants' motion (Dkt. 59) for reconsideration of the Court's scheduling order (Dkt. 58). Defendants ask the Court to continue the trial currently scheduled for October 25, 2021 to November 22, 2021. (*Id.* at 1.) While that week is not available, the following week, beginning November 29, 2021, is. Plaintiff is directed to respond to Defendant's motion to continue within seven (7) days of this order and, in doing so, indicate whether counsel would be available to try the case beginning November 29, 2021.

DATED this 26th day of March 2021.

William M. McCool<br>
Clerk of Court<br><br>
/s/Paula McNabb<br>
Deputy Clerk