THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY WHEELER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELEANOR BROGGI, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C19-1410-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Defendant's motion for reconsideration (Dkt. No. 59) of the Court's scheduling order (Dkt. No. 58) and Plaintiff's response (Dkt. No. 62). Defendants asks the Court to continue trial to November 22, 2021. (Dkt. No. 59 at 3.) However, the Court is not available to begin trial on that date but is presently available for a trial beginning November 29, 2021. Accordingly, the motion for reconsideration (Dkt. No. 59) is GRANTED in part and DENIED in part.

　　　　Jury trial is hereby SET for November 29, 2021 at 9:30 a.m. in Courtroom 16206. This case is one of several that may be set for the week described in this order. Counsel must be prepared to commence trial as scheduled but also be aware that the trial may have to be continued. Counsel must attend Courtroom Technology Training at least one month in advance

of the trial to become familiar with the A/V equipment available in the courtroom. Counsel are directed to contact the Courtroom Deputy Clerk at gabriel.traber@wawd.uscourts.gov to schedule the training and to inquire about the Court's calendar.

Based on the November 29, 2021 trial date, the Court hereby enters the following case scheduling dates:

| | |
|---|---|
| Motions in limine[1] due by | October 21, 2021 |
| Proposed pretrial order due by | November 15, 2021 |
| Trial briefs due by | November 22, 2021 |
| Proposed voir dire due by | November 22, 2021 |
| Proposed jury instructions[2] due by | November 22, 2021 |
| Deposition designations and trial exhibits due by | November 22, 2021 |

Unless otherwise notified by the Court, the parties should expect a pretrial conference, if necessary, to occur at the outset of trial.

DATED this 29th day of March 2021.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

---

[1] Must be noted in accordance with Local Civil Rule 7(d)(4).

[2] Jury instructions must be numbered sequentially. Counsel should submit two copies of proposed jury instructions, one with citations and one without, and should send electronic copies of the instructions to Judge Coughenour's chambers orders inbox at coughenourorders@wawd.uscourts.gov. The parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction. Counsel are advised that the Court relies primarily upon the Ninth Circuit Manual for Model Jury Instructions to prepare final instructions for submission to the jury.