The Honorable John C. Coughenour
United States District Court Judge
The Honorable Mary Alice Theiler
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY WHEELER,<br><br>               Plaintiff,<br><br>vs.<br><br>ELEANOR BROGGI, et al.,<br><br>               Defendants. | No. 2: 19-cv-01410-JCC-MAT<br><br>STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS ELEANOR BROGGI AND MATTHEW OLMSTEAD |

## **STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff and defendants, parties to the above-entitled action, that the same be dismissed, with prejudice, as to defendants ELEANOR BROGGI and MATTHEW OLMSTEAD, without costs or attorney's fees.

//
//
//
//
//

STIPULATION AND ORDER FOR DISMISSAL
OF DEFENDANTS ELEANOR BROGGI AND
MATTHEW OLMSTEAD
[19-cv-01410-JCC-MAT] - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

DATED this 14th day of April, 2021

| | |
|---|---|
| DANIEL T. SATTERBERG<br>King County Prosecuting Attorney | MACDONALD HOAGUE &BAYLESS |
| By: */s Ann M. Summers*<br>   */s Carla B. Carlstrom*<br>ANN M. SUMMERS, WSBA #21509<br>CARLA B. SUMMERS, WSBA #27521<br>Attorney for King County Defendants | By: */s Tiffany Cartwright*<br>TIFFANY CARTWRIGHT, WSBA #43564<br>TIMOTHY FORD, WSBA #5986<br>Attorneys for Plaintiff Rodney Wheeler |

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that defendants Eleanor Broggi and Matthew Olmstead are hereby DISMISSED WITH PREJUDICE from this matter, without costs or attorney's fees.

DONE IN OPEN COURT this 15th day of April 2021.

*/s/ John C. Coughenour*

_____
Honorable John C. Coughenour

STIPULATION AND ORDER FOR DISMISSAL
OF DEFENDANTS ELEANOR BROGGI AND
MATTHEW OLMSTEAD
[19-cv-01410-JCC-MAT] - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1  Presented by:

2  DANIEL T. SATTERBERG
   King County Prosecuting Attorney

3

   By: */s Ann M. Summers*
4       */s Carla B. Carlstrom*
   ANN M. SUMMERS, WSBA #21509
5  CARLA B. SUMMERS, WSBA #27521
   Attorneys for King County Defendants
6

7  Copy received; approved as to form;
   Notice of Presentation waived:
8
   MACDONALD HOAGUE &BAYLESS
9

10

   By:  */s Tiffany Cartwright*
11 TIFFANY CARTWRIGHT, WSBA #43564
   TIMOTHY FORD, WSBA #5986
12 Attorneys for Plaintiff Rodney Wheeler

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER FOR DISMISSAL
OF DEFENDANTS ELEANOR BROGGI AND
MATTHEW OLMSTEAD
[19-cv-01410-JCC-MAT] - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819