THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY WHEELER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY,<br><br>　　　　　　Defendant. | CASE NO. C19-1410-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 68.) The parties represent that they have resolved all claims and agree that all deadlines in this litigation should be stayed. (*Id.* at 1.) Accordingly, all deadlines are STAYED in this matter pending the filing of a stipulation of dismissal.

DATED this 16th day of April 2021.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　/s/Paula McNabb
　　　　　　　　　　　　　　　　　　Deputy Clerk